# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# NO: 5:05CR21

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>GRADY CHANDLER MCMANUS,<br>Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on a letter from Grady Chandler McManus, dated October 30, 2005 and received by the Court on November 2, 2005 (the "Letter") (Document No. 29). In the Letter, Mr. McManus represents that he had been in a severe vehicle accident, in which he suffered both brain damage and broken bones. Mr. McManus asks for medical treatment for those injuries, which he contends have not healed properly. The undersigned has been informed that – subsequent to the Court's receipt of the Letter – Mr. McManus was transferred to a medical facility where he is receiving appropriate care. As such, the undersigned will deny Mr. McManus' request as moot.

The undersigned notes that, in the Letter, Mr. McManus asks for another attorney on the basis that his current attorney, Samuel Winthrop, had not taken any action to secure medical treatment for Mr. McManus. Because the issue of medical treatment for Mr. McManus has been resolved, the Court will not schedule an inquiry into the status of counsel at this time. If the Court needs to conduct an inquiry into the status of counsel, Mr. McManus or Mr. Winthrop should notify the Court of the same.

**IT IS, THEREFORE, ORDERED** that the request for medical treatment, contained in the

Letter (Document No. 29), is hereby **DENIED AS MOOT**.

**Signed: November 29, 2005**

David C. Keesler
United States Magistrate Judge